# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CANDACE Y. FORD, | : | |
| Plaintiff, | : | Case No. 3:10cv00243 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MIAMI VALLEY HOSPITAL<br>PREMIER HEALTH PARTNERS,<br>et al., | : | |
| | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #6), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 3, 2010 (Doc. #6) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED without prejudice to renewal in state court;

3. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the reasons

        set forth in the Report and Recommendations, an appeal of this Decision and Entry would not be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is denied; and

4.       The case is terminated on the docket of this Court.

September 21, 2010                                         *\*s/THOMAS M. ROSE*

                                                                             Thomas M. Rose
                                                      United States District Judge